

October 30, 2024

Hon. Judge Robert M. Levy
United States Magistrate Judge
United States Courthouse
225 Cadman Plaza East
Brooklyn, NY 11201

RE:  **POLLITT v. BLUNDSTONE USA, INC.**
  **DOCKET NO. 1:24-cv-4921**

Dear Judge Levy:

    The undersigned represents Derek Pollitt, the plaintiff in the above-referenced matter. I write in response to Your Honor's Order dated October 30, 2024, and to provide the Court with a status update.

    Although the defendant has not formally appeared on the docket, they are represented by Benjamin R. King, Esq. of Loeb & Loeb LLP. The parties are currently in the process of finalizing settlement terms and we expect to file for dismissal with prejudice within 45 days. Accordingly, the undersigned respectfully requests that Your Honor stay all deadlines and accept this explanation as to why plaintiff has not pursued default judgment.

    Thank you for your time and consideration on this matter.

Respectfully,

Gabriel A. Levy